206 So.2d 95

**J. Y. HARGRODER et al. d/b/a H and H Sand and Gravel Company**

v.

**TRINITY UNIVERSAL INSURANCE COMPANY et al.**

No. 49056.

Feb. 2, 1968.

Writ refused. No error of law on facts found by Court of Appeal.